EMPIRE TRUST COMPANY and LUIS JAMES PHELPS, as Trustees, etc., of HUGH OLIVER NORTHCOTE, Deceased, Respondents, v. DUDLEY STAFFORD NORTHCOTE and BERNARD FRANCIS ROLLO, as Executors and Ancillary Executors of and Trustees, etc., of HUGH HAMILTON STAFFORD NORTHCOTE, Deceased, and Others, Appellants, and MARY NORTHCOTE, Respondent, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs to all parties appearing

by separate attorneys and filing separate briefs on this appeal payable out of the trust fund. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.